RUTH MELMED, Respondent, v. B. F. GLADDING & CO., INC., Appellant.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

IRENE M. LAVIN, as Administratrix of the Estate of KENNETH J. LAVIN, Deceased, Respondent, v. GOLDBERG BUILDING MATERIAL CORP., Appellant, et al., Defendants.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See 280 App. Div. 902.]

FRED ECKSTINE, Appellant, v. EDITH C. CATMAN, Respondent. FRED ECKSTINE et al., Plaintiffs, v. EDITH C. CATMAN et al., Defendants.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

OWENS ILLINOIS GLASS CO., Appellant, v. CHARLES GUPTILL, Respondent.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

WILLIAM CURIE, Respondent, v. ROBERT BOLES, Appellant.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.